

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

March 13, 1970

Honorable Ward P. Casey                    Opinion No.M-596
County Attorney
Waxahachie, Texas                          Re: May Ellis County Road
                                               District No. 16 pay
Attention: Hon. Wesley Gene Knize              the City of Ennis for
           Assistant County Attorney          removal of the City's
                                               water pipeline from the
                                               right-of-way of State
                                               Highway No. 34, located
Dear Mr. Knize:                                within the Road District.

        You have requested an opinion of this office as to the
following:

        1.  May Ellis County Road District Number 16,
        the bonds of which were issued for the procurement of
        additional right-of-way for the widening and expansion
        of State Highway Number 34 within the District, pay for
        the removal of water pipeline lying within the existing
        right-of-way of State Highway Number 34 which pipeline
        is the property of the City of Ennis, Texas (the portion
        in question being located outside the city limits of the
        City of Ennis and within Road District No. 16).

        To answer this question properly, it first must be asked,
if the Road District has lawful authority to expend funds from
any source for the above stated purpose.

        Road District No. 16 issued its bonds for right-of-way
procurement as its contribution to the widening of State Highway
No. 34, under various statutory authorities, including Article
6673e-1, Vernon's Civil Statutes. Such right-of-way, once pro-
cured and included within the State Highway System, same being
the facts in our case, said highway is within the exclusive
control and ownership of the State through its State Highway
Commission. Article 6673 and Article 6674q-9, V.C.S.

        The water pipeline in question was laid by the City within
the State owned right-of-way either by agreement with the High-
way Commission or is there at suffrance under the authority

-2840-

granted in Article 1433a, V.C.S., which provides:

"Any incorporated city or town,...is authorized to lay its pipes,...for conducting water through, under, along, across and over all public roads and water lying and situated outside the territorial limits of such city or town in such manner as not to incommode the public in the use of such roads....The public agency having jurisdiction or control of a highway or county road, that is, the Highway Commission or the Commissioners' Court, as the case may be, may require any such city or town, at its own expense, to relocate its lines on a State Highway or county road outside the limits of an incorporated city or town, so as to permit the widening or changing of traffic lanes,...." (Emphasis added.)

Article 1433a, quoted above, creates a statutory obligation upon a municipality to move its water pipeline from State Highway right-of-way at its own expense.

Where, as here, there is no property right to be acquired and the pipeline may be required to be removed at the expense of the City (Attorney General Opinion M-380 (1969), it is our opinion that Ellis County Road District No. 16 does not have authority to pay the cost of removing City of Ennis pipeline lying within the right-of-way of State Highway No. 34, outside the city limits of the City of Ennis, with bond proceeds or any other Road District funds.

## S U M M A R Y

Ellis County Road District No. 16 is without legal authority to pay out of bond proceeds or any other district funds for the cost of pipeline removal from the right-of-way of State Highway 34 which lies within the District, where the pipeline belongs to the City of Ennis, Texas and is located outside its city limits.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Joseph H. Sharpley
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Acting Co-Chairman
Fisher Tyler
Roland Allen
Thomas Sedberry
Earl Hines
John Reeves

Meade F. Griffin
Staff Legal Assistant

Alfred Walker
Executive Assistant

Nola White
First Assistant